■ THE PROVENCAL, LLC, Respondent, v TOWER INSURANCE COMPANY OF NEW YORK et al., Appellants. [27 NYS3d 887]—In an action, inter alia, to recover damages for breach of an insurance contract, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Rockland County (Berliner, J.), dated December 5, 2013, as denied their motion for summary judgment dismissing the complaint.

Ordered that the appeal is dismissed, with costs.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (see *Matter of Aho*, 39 NY2d 241, 248 [1976]). Although the issues raised on the defendants' appeal from the order are brought up for review on the separate appeal by the plaintiff from the judgment (see CPLR 5501 [a] [1]; *Provencal, LLC v Tower Ins. Co. of N.Y.*, 138 AD3d 732 [2016] [decided herewith]), those issues have been rendered academic in light of our determination of the appeal from the judgment. Leventhal, J.P., Miller, Maltese and Duffy, JJ., concur.